07 CV 10969

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,

        Plaintiff,

vs.

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

        Defendant.

: Index No.:
:
: **RULE 7.1 STATEMENT**



Pursuant to Fed. R. Civ. P. 7.1 Plaintiff, ProShipLine, Inc., by and through its attorneys, Hill Rivkins & Hayden LLP, certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

**NONE**

Dated: New York, New York
      December 3, 2007

                      HILL RIVKINS & HAYDEN LLP
                      Attorneys for Plaintiff

                      By: _____
                      John J. Sullivan (JS-1037)
                      45 Broadway
                      New York, New York 10006
                      (212) 669-0600