HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,

        Plaintiff,

vs.

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

        Defendant.

Index No.: 07-CV-10969

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that Christopher M. Panagos of Hill Rivkins & Hayden LLP, hereby enters his appearance on behalf of Plaintiff ProShipLine, Inc.

Dated: December 6 2007
    New York, New York

           HILL RIVKINS & HAYDEN LLP
           *Attorneys for Plaintiff*

By: _____
           Christopher M. Panagos (CP 2199)
           45 Broadway, Suite 1500
           New York, New York 10006
           (212) 669-0600