KEENAN, J
PART I

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

07 cv 10969

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,                          :
                                            :
                    Plaintiff,              :   Index No.:
                                            :
        vs.                                 :   **ORDER APPOINTING SPECIAL**
                                            :   **PROCESS SERVER PURSUANT TO**
                                            :   **ADMIRALTY RULE 4(c)**
ASPEN INFRASTRUCTURES, LTD.                 :
f/k/a SUZLON INFRASTRUCTURE, LTD.,          :
                                            :
                    Defendant.              :
                                            :

---

Upon the application having been made by counsel for Plaintiff for an Order

Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure and upon reading and filing the Affirmation of John J. Sullivan, sworn to on

December 3, 2007, and good cause having been shown, it is on this 4th day of December, 2007.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person

designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or

attorney to this action, in addition to the United States Marshal, be and hereby is appointed to

serve the Process of Attachment and Garnishment and the Verified Complaint, together with any

Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendant

Aspen Infrastructures, Ltd.; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant Aspen Infrastructures, Ltd.

Dated: New York, New York
       December 4, 2007

_John F. Keenan_
UNITED STATES DISTRICT JUDGE

PART I

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

DEPUTY CLERK

2