HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff ProShipLine, Inc.*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,

           Plaintiff,

vs.

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

           Defendant.

Index No.: 07-CV-10969 (RWS)

**DECLARATION OF NEIL JOHNSON**

---

    NEIL JOHNSON, declares under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am a principal of ProShipLine, Inc. ("PSL" or "ProShipLine"), plaintiff herein, and make this declaration based upon personal knowledge and upon information provided to me.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a spreadsheet I created which sets forth ProShipLine's calculations as to the principal amount of it claim and damages.

    3.    It is my understanding that as of July 31, 2007, Aspen Infrastructure Ltd. ("AIL" or "Aspen") had at least seven vessels on time charter with varying periods of

time remaining under the charter parties. The seven known vessels are set forth in the first row of the chart at Exhibit 1.

4.  In the second row of the chart at Exhibit 1 is the approximate date upon which each charter party commenced.

5.  Based upon my familiarity with Aspen's charter arrangements and knowledge of others at PSL, it is my understanding that the duration of each charter was for three years.

6.  Upon this basis, I calculated the number of months remaining on each charter from July 31, 2007 onward.

7.  In my experience vessels on charter to AIL would call at US ports an average of four times per year, and in connection with each US port call PSL earned an average revenue of $90,000.

8.  Upon this basis, in the seventh row of the chart I calculated the anticipated remaining number of US port calls for each vessel and in the ninth row calculated the anticipated lost profit which would have inured to PSL.

9.  As calculated, the total amount of anticipated lost profit and the principal amount of PSL's claim and damages is 5,889,930.00.

Dated: Singapore
       January 16, 2008

_____
NEIL JOHNSON

| Vessel Name | Beluga Revolution | Margaretha Green | Beluga Inspiration | Beluga Fascination | Beluga Eternity | Beluga Emotion | Beluga Fusion | Total |
|---|---|---|---|---|---|---|---|---|
| Charter party commenced on or about | 10-Apr-06 | 10-Mar-06 | 10-Mar-07 | 10-Mar-07 | 10-Mar-07 | 10-Mar-07 | 10-Mar-07 | |
| Duration in months | 36 | 36 | 36 | 36 | 36 | 36 | 36 | |
| Normal termination date | 10-Mar-08 | 10-Mar-08 | 10-Mar-09 | 10-Mar-09 | 10-Mar-09 | 10-Mar-09 | 10-Mar-09 | |
| Approximate number of rotations per annum | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Months remaining at 31-July-2007 | 20.33 | 19.33 | 31.33 | 31.33 | 31.33 | 31.33 | 31.33 | |
| Approximate number of sailings remaining | 6.78 | 6.44 | 10.44 | 10.44 | 10.44 | 10.44 | 10.44 | |
| Normal commission generated per sailing | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | |
| Lost Revenue | $ 609,990.00 | $ 579,990.00 | $ 939,990.00 | $ 939,990.00 | $ 939,990.00 | $ 939,990.00 | $ 939,990.00 | $ 5,889,930.00 |