HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSHIPLINE, INC.,

    Plaintiff,

vs.

ASPEN INFRASTRUCTURES, LTD.
f/k/a SUZLON INFRASTRUCTURE, LTD.,

    Defendant.

Index No.: 07-cv-10969 (RWS)

**ORDER TO SHOW CAUSE**

*The judgment of February 4, 2008 is stayed for 30 days to permit application to the Court of Appeals. So ordered. Sweet  2-12-08*

Upon the Motion of Plaintiff, through its attorneys Hill Rivkins & Hayden LLP, for a Stay of Execution of Judgment Vacating the Writ of Maritime Attachment and/or for Approval of a Substitute or Reduced Supersedeas Bond, and upon the annexed Affirmation of John J. Sullivan, sworn to on February 7, 2008, and accompanying Memorandum of Law, and good cause having been shown, it is on this __8th__ day of February, 2008.

**O R D E R E D** that Defendant Aspen Infrastructures, Ltd., through its attorneys, appear before the Court at 500 Pearl Street, New York, New York 10006 on the __12th__ day of February, 2008 at __noon__ to then and there show cause why and order should not be issued pursuant to Federal Rule of Civil Procedure 62(c) and/or 62(d) staying execution of the Judgment entered



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

on the court docket on February 4, 2008 vacating the maritime attachment of funds in the hands of garnishee U.S. Bank; and it is further

O R D E R E D that personal service of a copy of this Order to Show cause, Motion for Stay of Execution of Judgment, Memorandum of Law, and Affirmation of John J. Sullivan upon Defendant Aspen Infrastructures, Ltd.'s counsel of record on or before _5 PM_ on February _8_, 2008 shall be deemed good and proper service thereof; and it is further

O R D E R E D that papers in opposition, if any, shall be filed and served no later than _noon_ on February _12_, 2008

No application for the relief sought on this Order to Show Cause has been sought by any party previously in this case or any other court.

Dated: New York, New York

February _8_, 2008

_____
UNITED STATES DISTRICT JUDGE

2