HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PROSHIPLINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASPEN INFRASTRUCTURES, LTD. f/k/a SUZLON INFRASTRUCTURE, LTD., <br><br> Defendant. | Index No.: 07-cv-10969 (RWS) <br><br> **NOTICE OF APPEAL** |

---

**PLEASE TAKE NOTICE** that PROSHIPLINE, INC., Plaintiff herein, (hereinafter "PSL") hereby appeals to the United States Court of Appeals for the Second Circuit, from the "So Ordered" Opinion of this court entered February 1, 2008, per the Honorable Robert W. Sweet, United States District Judge, vacating an Order of Maritime of Attachment issued pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.

Appeal is taken from the entire Opinion & Order.

Dated: February 14, 2008

                              Respectfully submitted,

                              HILL RIVKINS & HAYDEN LLP
                              Attorneys for Plaintiff ProShipLine, Inc.

By:    /s/ John J. Sullivan
       John J. Sullivan (JS-1037)
       Christopher M. Panagos (CP-2199)
       45 Broadway, Suite 1500
       New York, New York 10006

Tel: 212-669-0600
Fax: 212-669-0699

TO:

DeORCHIS & PARTNERS, LLP
61 Broadway
New York, New York 10006

Attorneys for Defendant Aspen Infrastructures Ltd.