S.D.N.Y. - N.Y.C.
07-cv-10969
Sweet, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 28ᵗʰ day of March, two thousand eight,

Present:

Hon. Dennis Jacobs,
*Chief Judge,*
Hon. Wilfred Feinberg,
Hon. Peter W. Hall,
*Circuit Judges.*



---

Proshipline, Inc.,

*Plaintiff-Appellant,*

v.                                          08-0838-cv

Aspen Infrastructures, Ltd.,

*Defendant-Appellee.*

---

Appellant, through counsel, moves for a stay of execution of the district court's order vacating a
maritime attachment.  Upon due consideration, it is hereby ORDERED that the motion is DENIED.
*See McCue v. City of New York (In re World Trade Ctr. Disaster Site Litigation)*, 503 F.3d 167, 170
(2d Cir. 2007); *Aqua Stoli Shipping Ltd. v. Gardner Smith  Ltd.*, 460 F.3d 434, 445 (2d Cir. 2006).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

SAO-PR

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

CERTIFIED:

MAR 2 8 2008